No. 17–0153/AR. United States, Appellant v. Edward J. Mitchell II, Appellee. CCA 20150776. On consideration of the motion filed by Professor Jimmy Gurulé to appear pro hac vice as counsel of record for *amicus curiae* Sean Patrick Flynn and Alyssa Hughes, motion to submit oral argument by Notre Dame law Students in support of Appellant, and motion to submit a corrected *amicus curiae* brief, it is ordered that said motions are hereby granted, and that *amicus curiae* will be allotted 10 minutes to present oral argument.

Wednesday, March 22, 2017

No. 17–0153/AR. U.S. v. Edward J. Mitchell II. CCA 20150776. On consideration of the motion filed by Professor Stephen F. Smith to appear pro hac vice as counsel of record for *amicus curiae* Dominic Barceleau, and motion to submit oral argument by student on behalf of Appellee, it is ordered that said motions are hereby granted, and that *amicus curiae* will be allotted 10 minutes to present oral argument.